**2014–0371.  State v. Zell.**
Erie App. No. E–12–066, 2013-Ohio-5354. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–0379.  State v. Billman.**
Monroe App. Nos. 12 MO 3 and 12 MO 5, 2013-Ohio-5774. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–0432.  State v. Prade.**
Summit App. No. 26775, 2014-Ohio-1035. This cause is pending before the court as a jurisdictional appeal.
Upon consideration of appellant's amended motion for immediate stay of execution of the judgment mandate, it is ordered by the court that the motion is granted until the court's determination of the jurisdictional question.
O'DONNELL, LANZINGER, and FRENCH, JJ., dissent.
O'CONNOR, C.J., not participating.
JEFFREY E. FROELICH, J., of the Second Appellate District, sitting for O'CONNOR, C.J.

## APPEALS ACCEPTED FOR REVIEW

**2013–1833.  Fed. Home Loan Mtge. Corp. v. Koch.**
Geauga App. No. 2012–G–3084, 2013-Ohio-4423. Discretionary appeal accepted on Proposition of Law No. II only; cause held for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta*, 9th Dist. Medina No. 12CA0025–M, 2012-Ohio-5562; and briefing schedule stayed.
PFEIFER and O'DONNELL, JJ., concur but would accept both propositions of law.
LANZINGER, FRENCH, and O'NEILL, JJ., dissent.

**2014–0011.  State v. Sullivan.**
Fairfield App. No. 13–CA–10, 2013-Ohio-5276. Discretionary appeal accepted; cause held for the decision in 2013–1973, *State v. Johnson*, 12th Dist. Butler No. CA2012–11–235, 2013-Ohio-4865; and briefing schedule stayed.
O'CONNOR, C.J., and FRENCH, J., would accept the appeal on Proposition of Law No. I only.

**2014–0012.  State v. White.**
Fairfield App. No. 13–CA–11, 2013-Ohio-5221. Discretionary appeal accepted; cause held for the decision in 2013–1973, *State v. Johnson*, 12th Dist. Butler No. CA2012–11–235, 2013-Ohio-4865; and briefing schedule stayed.
O'CONNOR, C.J., and FRENCH, J., would accept the appeal on Proposition of Law No. I only.

**2014–0104.  State v. Brown.**
Wood App. No. WD–12–070, 2013-Ohio-5351.
PFEIFER and O'DONNELL, JJ., dissent.

**2014–0120.  State v. Moore.**
Mahoning App. No. 08 MA 20, 2013-Ohio-5868.
O'CONNOR, C.J., and O'DONNELL and KENNEDY, JJ., dissent.